# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MELANIE GLASS-WYBLE,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   CIVIL ACTION NO. 1:19-00072-KD-N<br>) |
| GEICO CASUALTY COMPANY,<br>    Defendant. | )<br>)<br>) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 19) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated April 23, 2019, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the motion to remand (Doc. 6) filed by Plaintiff Melanie Glass-Wyble is **GRANTED** and that this case is **REMANDED** to the Circuit Court of Mobile County, Alabama, under 28 U.S.C. § 1447(c).

**DONE** and **ORDERED** this the 10th day of May 2019.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**